IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| QUAN ANH DO, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 1:23-CV-00076-MJT |
| § | |
| v. § | JUDGE MICHAEL TRUNCALE |
| § | |
| GW TRUCKING INC, GW MATERIALS § | |
| INC, MARIA HERNANDEZ, KARLA § | |
| MURILLO TEJEDA, ROMAN NARVAEZ, § | |
| § | |
| *Defendants*. § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

On April 27, 2023, the Court referred Plaintiff Quan Anh Do's Motion to Remand [Dkt. 8] to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition pursuant to Title 28 U.S.C. § 636(b)(1)(A) and (3). [Dkt. 16]. On January 24, 2024, Judge Hawthorn issued his Report and Recommendation, which recommends denying Plaintiff's *Motion to Remand* because Do has failed to plead sufficient facts to suggest a reasonable possibility of recovery against Defendants Karla Tejeda and Maria Hernandez. [Dkt. 19 at 2].

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is, therefore, ORDERED that Judge Hawthorn's Report and Recommendation denying Plaintiff's Motion to Remand [Dkt.8] is ADOPTED.  Accordingly, Plaintiff's Motion to Remand is DENIED.

It is further ORDERED that Defendants Karla Tejeda and Maria Hernandez are DISMISSED from this case.

**SIGNED this 13th day of February, 2024.**

_____
Michael J. Truncale
United States District Judge