IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| QUAN DO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:23-CV-00076 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| G.W. TRUCKING INC. and | § | |
| G.W. MATERIALS, INC. | § | |

### ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL OF ALL REMAINING PARTIES WITH PREJUDICE

The Court has received the Parties' Stipulation of Dismissal of All Remaining Parties with Prejudice [Dkt. 42] filed in this matter. The Parties file the present stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby acknowledges the Parties' Stipulation of Dismissal with Prejudice effective the date of filing.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 16th day of January, 2025.**

Michael J. Truncale
United States District Judge